IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 1:14-CV-21505-DPG

JUAN ABANTO

       Plaintiff,

-v-

BANK OF NEW YORK MELLON TRUST
COMPANY NA, JPMORGAN CHASE BANK, NA,
Individually and as successor in interest to CHASE
HOME FINANCE LLC; SELECT PORTFOLIO
SERVICING, INC., JAMES E. ALBERTELLI PA
d/b/a ALBERTELLI LAW,

       Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AND SELECT PORTFOLIO SERVICING, INC'S MOTION TO DISMISS**

Plaintiff JUAN ABANTO ("Plaintiff"), by and through his undersigned counsel, hereby files his Unopposed Motion for Extension of Time to Respond to Defendants BANK OF NEW YORK MELLON TRUST COMPANY, N.A. and SELECT PORTFOLIO SERVICING, INC's (collectively, the "Defendants") Motion to Dismiss and in support thereof state as follows:

1. Defendants filed their joint Motion to Dismiss Plaintiff's Amended Complaint on June 25, 2014, making Plaintiffs' response due on July 14, 2014.

2. The undersigned counsel seeks additional time to prepare an adequate response to Defendants' Motion to Dismiss.

3. Counsel for Plaintiff has conferred with counsel for Defendants, who does not object to a 15-day extension of time for Plaintiff to respond to Defendants' Motion to Dismiss, making Plaintiff's responses due on July 29, 2014.

4. This request for an extension is made in good faith and is not designed for any improper purpose or to delay or to otherwise prejudice the rights of any party.

Accordingly, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Extension of Time and grant him until July 29, 2014 to file his response to Defendants' Motion to Dismiss.

## LOCAL RULE 7.1 CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendants in a good faith effort regarding the relief sought in this motion and the Defendants do not oppose the Motion.

Respectfully submitted on July 14, 2014.

By: /s/ Jennie G. Farshchian, Esq.<br>
JENNIE G. FARSHCHIAN<br>
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

/s/ Jennie G. Farshchian, Esq.<br>
Jennie G. Farshchian, Esq.

## SERVICE LIST

Albert D. Gibson, Esq.
Fla. Bar No. 50765
Blank Rome LLP
1200 N. Federal Highway, Suite 312
Boca Raton, FL 33432
Telephone: 561-417-8100
Fax: 561-417-8101
Email: agibson@blankrome.com
Email: bocaeservice@blankrome.com

Matthew Lee Schulis, Esq.
Fla. Bar No. 57116
Albertelli Law
5404 Cypress Center Dr. , Ste. 300
Tampa, FL 33609
Telephone: 813-221-4743
Fax: 813-221-9171
Email: mschulis@albertellilaw.com

Brandon Degel, Esq.
Fla Bar No. 105095
Wargo & French, LLP
201 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: 305-777-6000
Facsimile: 305-777-6001
Email: bdegel@wargofrench.com
Email: flservice1@wargofrench.com