**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 14-21505-CIV-GAYLES**

JUAN ABANTO,

      Plaintiff,

vs.

BANK OF NEW YORK MELLON TRUST
COMPANY, NA, JPMORGAN CHASE BANK
NA, individually and as successor in interest to
CHASE HOME FINANCE LLC; SELECT
PORTFOLIO SERVICING INC., JAMES E.
ALBERTELLI P.A. d/b/a ALBERTELLI LAW,

      Defendants.

_____/

**NOTICE OF JOINT MOTIONS**

      The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint

motions with co-parties unless there are clear conflicts of position.

      **DATED** this 23rd day of July, 2014.

                                                  _____
                                                **DARRIN P. GAYLES**
                                                **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record