UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21505-CIV-GAYLES/TURNOFF

JUAN ABANTO,

      Plaintiff,
v.

BANK OF NEW YORK MELLON TRUST
COMPANY, NA, JPMORGAN CHASE BANK
NA, individually and as successor in interest to
CHASE HOME FINANCE LLC; SELECT
PORTFOLIO SERVICING INC., JAMES E.
ALBERTELLI P.A. d/b/a ALBERTELLI LAW,

      Defendant.
_____/

**ORDER SETTING STATUS CONFERENCE**

**THIS CAUSE** comes before the Court sua sponte.

**THIS CAUSE** is hereby set for a telephonic status conference before the undersigned on **Wednesday, September 3, 2014 at 9:30 A.M**.

The parties shall prepare and file a joint scheduling report, as required by Local Rule 16.1, by Friday, August 29, 2014.  On or before Friday, August 29, 2014, the parties, including governmental parties, shall file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a

party and must file a completed Election to Jurisdiction by a United States Magistrate Judge for Final Disposition of Motions <u>or</u> completed Election to Jurisdiction by a United States Magistrate Judge for Trial.  Failure to file a timely joint status report and election form shall be grounds for dismissal.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of July, 2014.

_____
DARRIN P. GAYLES

cc:     counsel of record