IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No.: 1:14-CV-21505-KMW

JUAN ABANTO

    Plaintiff,

-v-

BANK OF NEW YORK MELLON TRUST COMPANY NA, JPMORGAN CHASE BANK NA, Individually and as successor in interest to CHASE HOME FINANCE LLC; SELECT PORTFOLIO SERVICING INC., JAMES E. ALBERTELLI PA d/b/a ALBERTELLI LAW,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JAMES E. ALBERTELLI PA d/b/a ALBERTELLI LAW

Plaintiff Juan Abanto pursuant to Rule 41(a) of the Federal Rules of Civil Procedure notifies the Court that it voluntarily dismisses without prejudice all counts of the Second Amended Complaint (D.E. ) as to Defendant JAMES E. ALBERTELLI PA d/b/a ALBERTELLI LAW only. This Defendant has not answered the Second Amended Complaint (or any prior Complaint) nor has this Defendant moved for summary judgment. Therefore, dismissal of the Second Amended Complaint as to Defendant JAMES E. ALBERTELLI PA d/b/a ALBERTELLI LAW is permitted by Fed. R. Civ. P. 41 (a)(1)(A)(i) without a Court Order.

Respectfully submitted this 15th day of September, 2014.

             /s/Jennie G. Farshchian, Esq._____
            Jennie G. Farshchian, Esq.
            FL Bar No. 89793
            Jurado & Farshchian, P.L.
            12955 Biscayne Blvd. Suite 328
            North Miami, Florida 33181
            Telephone: (305)921-0440
            Facsimile: (305)921-0438
            Jennie@jflawfirm.com
            *Attorney for Plaintiff Juan Abanto*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2014 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system.

             /s/ Jennie G. Farshchian, Esq.
            Jennie G. Farshchian, Esq.

## SERVICE LIST

Albert D. Gibson, Esq.
Fla. Bar No. 50765
Blank Rome LLP
1200 N. Federal Highway, Suite 312
Boca Raton, FL 33432
Telephone: 561-417-8100
Fax: 561-417-8101
Email: agibson@blankrome.com
Email: bocaeservice@blankrome.com

Matthew Lee Schulis, Esq.
Fla. Bar No. 57116
Albertelli Law
5404 Cypress Center Dr. , Ste. 300
Tampa, FL 33609
Telephone: 813-221-4743
Fax: 813-221-9171
Email: mschulis@albertellilaw.com

Brandon Degel, Esq.
Fla Bar No. 105095
Wargo & French, LLP
201 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: 305-777-6000
Facsimile: 305-777-6001
Email: bdegel@wargofrench.com
Email: flservice1@wargofrench.com