UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-21505-KMW

JUAN ABANTO,

    Plaintiff,

v.

BANK OF NEW YORK MELLON TRUST COMPANY, N. A., JPMORGAN CHASE BANK, N. A., AS SUCCESSOR IN INTEREST TO CHASE HOME FINANCE, LLC; SELECT PORTFOLIO SERVICING, INC; JAMES E. ALBERTELLI, P.A., d/b/a ALBERTELLI LAW; BERNARD VINCENT MCMANUS, ESQ., Individually,

    Defendant(s).
_____/

## NOTICE OF PENDING SETTLEMENT

    Defendants, BANK OF NEW YORK MELLON TRUST COMPANY, N. A., AND SELECT PORTFOLIO SERVICING, INC., by and through undersigned counsel hereby submit this Notice of Pending Settlement and state that the parties have reached a verbal settlement with regards to this case and are presently drafting, finalizing, and execution the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

    Blank Rome LLP,
    Attorney for Defendants
    1200 North Federal Highway, Suite 312
    Telephone: (561) 417 8149
    Facsimile: (561) 417.8101
    Boca Raton, FL 33432

    */s/ Albert D. Gibson*
    Albert D. Gibson, Esq.,
    AGibson@BlankRome.com
    BocaEservice@BlankRome.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on March 23, 2015 with the Clerk of Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record or *pro se* parties indentified on the attached Service List in the manner specified, either via transmission of Notices or Electronic Filing generated by CM/ ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Jennie G. Farschian, Esq.,
Jurado & Farshchian, P.L,
Attorney for Juan Abanto
1299 Biscayne Blvd., Suite 328
North Miami, FL 33181
jennie@jflawfirm.com

Brandon S. Degel, Esq.,
Wargo French LLP
Attorney for JPMorgan Chase Bank, N. A,
201 S Biscayne Blvd., Suite 1000
Miami, FL 33131
bdegel@wargofrench.com

Matthew L. Schulis, Esq.,
Albertelli Law
Attorney for James E. Albertelli P. A.,
5405 Cypress Center Drive, Suite 300
Tampa, FL 33609
mschulis@albertellilaw.com

        */s/ Albert D. Gibson*
        Albert D. Gibson, Esq.,
        AGibson@BlankRome.com
        BocaEservice@BlankRome.com