UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:14-CV-21505-Turnoff

JUAN ABANTO,

      Plaintiff,

v.

BANK OF NEW YORK MELLON TRUST
COMPANY, N. A.; JPMORGAN CHASE
BANK, NA, AS SUCCESSOR IN INTEREST
TO CHASE HOME FINANCE, LLC; SELECT
PORTFOLIO SERVICING, INC.; JAMES
E. ALBERTELLI PA D/B/A ALBERTELLI
LAW; BERNARD VINCENT MCMANUS,
ESQ., Individually,

      Defendants.
_____/

**consent case**

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice [D.E. 69]. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Stipulation [D.E. 69] is hereby approved, adopted, and ratified by the Court;
2. This action is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed;
3. The Clerk shall CLOSE this case and DENY any pending motions as moot;

(Text Continues on Following Page)

Case No.: 1:14-CV-21505-___ ____

4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. *See* <u>Anago Franchising, Inc. v. Shaz LLC,</u> 667 F. 3d 1272 (11th Cir.2012).

**DONE AND ORDERED** in Chambers in  Miami , Florida this  8  day of April, 2015.

_____
William C. Turnoff
United States Magistrate Judge

Copies furnished to:
All Counsel of Record